IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN EXPRESS FINANCIAL
ADVISORS, INC.                                                                    PLAINTIFF

v.                                      No. 4:05cv00936 GTE

DWIGHT KEITH HAZLEWOOD                                              DEFENDANT

## ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

The Court, having considered the evidence introduced at the hearing on the afternoon of July 11, 2005, together with the written briefs and arguments submitted by the parties and the able oral arguments made by the attorneys at the conclusion of the hearing, finds and concludes that the Plaintiff has failed to carry its burden of establishing the requirements for the issuance of a preliminary injunction as set forth in *Dataphase Sys., Inc. V. C.L. Sys., Inc.,* 640 F2d 109, 113 (8th Circuit 1981), as will be explained in its Memorandum Opinion which will be filed some time later this week.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Preliminary Injunctive Relief be, and it is hereby, DENIED.

Dated this 12th day of July, 2005.

                                          ___/s/Garnett Thomas Eisele_____
                                          UNITED STATES DISTRICT JUDGE