**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

AMERICAN EXPRESS FINANCIAL ADVISORS, INC.                    PLAINTIFF

V.                            NO. 4:05CV00936 GTE

DWIGHT KEITH HAZLEWOOD

### ORDER OF DISMISSAL

The Court having held a hearing and ruled on the Plaintiff's Motion for Preliminary Injunction and issued its Memorandum Opinion, the Plaintiff has advised the Court that American Express Financial Advisors, Inc. will pursue its claim against Defendant in arbitration before the NASD and that this case should be administratively terminated.

IT IS THEREFORE ORDERED AND ADJUDGED that the Clerk of the Court shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation, order, or for any other purpose required to enforce an arbitration award.  Provided, however, this case will not be reopened unless within 60 days of the final disposition of the arbitration proceeding an application to reopen is filed herein by one or more parties to this action.  If no such motion to reopen is filed within said 60 day period, this order shall be deemed a dismissal with prejudice of all claims made in this case.

IT IS SO ORDERED this  12th  day of August, 2005.

                                                ___/s/Garnett Thomas Eisele_____
                                                UNITED STATES DISTRICT JUDGE